**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 99-7237**

———————————

ELIJAH BUCKLEY,

Plaintiff - Appellant,

versus

JAMES WOMACK, Captain; BAKER, Deputy; B.
JONES, Deputy; L. B. FOWKLER, Mrs.,

Defendants - Appellees,

and

RICHMOND CITY JAIL MEDICAL DEPARTMENT,

Defendant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (CA-98-1225-AM)

———————————

Submitted: January 20, 2000        Decided: February 4, 2000

———————————

Before WILLIAMS, MICHAEL, and TRAXLER, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Elijah Buckley, Appellant Pro Se. Mary Elizabeth Skora, SPOTTS, SMITH, FAIN & BUIS, P.C., Richmond, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elijah Buckley appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Buckley v. Womack</u>, No. CA-98-1225-AM (E.D. Va. Aug. 20, 1999. Upon motion of Defendants Womack, Baker, Jones and Fowkler we grant leave to the district court to correct a clerical mistake under Fed. R. Civ. P. 60(a). We deny Buckley's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2